**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| VERONICA MARQUEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>ANDREW M. SAUL, Commissioner of the Social Security Administration,<br><br>        Defendant. | CASE NO. EDCV 19-01579-AS<br><br><br>**JUDGMENT** |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

    DATED: July 22, 2020

                                                  /s/ _____
                                                  ALKA SAGAR
                                    UNITED STATES MAGISTRATE JUDGE