WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| VERONICA MARQUEZ, | CASE NO.: EDCV 19-01579 AS |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| ANDREW SAUL, Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND NINE HUNDRED DOLLARS and 00/cents (**$2,900.00**), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: November 18, 2020         _____/ s / Sagar_____

HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

1